IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In re

BRIAN J. SCHMITZ and
LOU ANN SCHMITZ,

        Debtors.

---

BRIAN J. SCHMITZ and
LOU ANN SCHMITZ,

        Debtors-Appellants,        Case No. 10-cv-367-wmc

   v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY AS TRUSTEE,

        Creditor-Appellee.

---

## JUDGMENT

---

    This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing as moot the appeal from the bankruptcy court's order terminating the automatic stay filed by appellants Brian J. Schmitz and Lou Ann Schmitz.

_____        _3/18/2011_
Peter Oppeneer, Clerk of Court                   Date